# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ARDRIA CLARK, as next friend, and and on behalf, of MARION GREEN MARSHALL, and MARION GREEN MARSHALL,<br><br>          Plaintiffs,<br><br>-against -<br><br>GARY, WILLIAMS, PARENTI, WATSON, GARY & GILLESPIE, P.L.L.C. d/b/a GARY, WILLIAMS, PARENTI, WATSON AND GARY, P.L.L.C., WILLIE E. GARY, KOBIE O. GARY, and MARCUS LETT,<br><br>          Defendants. | Civil Action File No.<br><br>**AFFIDAVIT OF ARDRIA CLARK** |

COUNTY OF THOMAS )
                      ) s.s.:
STATE OF GEORGIA )

      ARDRIA CLARK, being duly sworn, deposes and says:

      1.     I have brought this action pro se as next friend, and on behalf, of my mother, Marion Green Marshall, who is also a plaintiff. My mother sustained severe brain injuries and suffers from mental deficits as a result of the motor vehicle accident that is the subject of this action. I make this affidavit pursuant to O.C.G.A. § 9-11-9.1(b) to explain that the period of limitation will expire or there is a good faith basis to believe it will expire on one or more claims stated in the complaint

within ten days of the date of filing the complaint and, because of time constraints, an affidavit of an expert described in O.C.G.A. § 9-11-9.1(a) could not be prepared.[1]

2.  The Third Claim for Relief asserts a fraud claim arising from Defendants' misrepresentations made on March 14, 2019. Because the Georgia statute of limitations for fraud is four years, the last day to file this claim is tomorrow, Tuesday, March 14, 2023.

3.  I have tried to find counsel to represent my mother and me in this action for at least two years. I am in communication with a Georgia lawyer who is considering representing me, however, and I hope to retain him or another lawyer soon. Because the fraud statute of limitations will expire tomorrow, however, my mother and I have had to commence this action pro se to toll the statute of limitations.

4.  Accordingly, I request 45 days to retain Georgia counsel and file the affidavit of merit required under O.C.G.A. § 9-11-9.1(a).

*Ardria Clark*
ARDRIA CLARK, next friend, and on behalf, of MARION GREEN MARSHALL, pro se

Sworn before me this 13th day of March 2023

*Jessica Benefield*
Notary Public
August 25, 2025

[Notary Seal: JESSICA DANIELLE BENEFIELD, NOTARY PUBLIC, LANIER COUNTY, GA, Exp. Aug. 25, 2025]

---

[1] Although O.C.G.A. § 9-11-9.1(a) does not apply in this federal action, I intend to submit an affidavit of merit to establish that this action has merit.