# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ARDRIA CLARK, as next friend, and on behalf of MARIAN GREEN MARSHALL, and MARIAN GREEN MARSHALL </br></br> Plaintiffs, </br></br> v. </br></br> GARY, WILLIAMS, PARENTI, WATSON, GARY & GILLESPIE P.L.L.C d/b/a GARY WILLIAMS WATSON & GARY et al </br></br> **Defendants.** | Civil Action No. 7:23-cv-25 |

## DEFENDANTS GARY, WILLIAMS, PARENTI, WATSON, GARY & GILESPIE PLLC; WILLIE GARY AND KOBIE GARY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12, Defendants Gary, Williams, Parenti, Watson, Gary & Gillespie PLLC, (the "Gary Firm") Willie Gary and Kobie Gary's ("Gary" or "Defendants Gary"), hereby file their Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss"). The grounds for this Motion are set forth in the Brief in Support filed herewith.

Respectfully submitted this 30th day of June 2023.

(Signature on following page)

<u>Ernest N. Tate</u>
Georgia Bar No.: 698755
Ernest N. Tate, P.C.
100 Hartsfield Center Parkway, Suite 500
Atlanta Georgia 30354
(678) 358-4455
entatelaw@gmail.com
*attorney for Gary, Williams, Parenti, Watson,*
*Gary & Gillespie, PLLC*
*Willie Gary*
*Kobie Gary*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendants Gary and Gary Firms' Motion to Dismiss** has been filed by the Clerk of Court using the CM/ECF system and served upon the following by the CM/ECF system, on this the 30th day of June 2023:

Ardria Clark
305 Hayden Way
Thomasville, Georgia 31792
ardriad@yahoo.com

Marian Green Marshall
307 Hayden Way
Thomasville Georgia 31797
ardriad@yahoo.com

**/s/ Ernest N. Tate**
Ernest N. Tate
Georgia Bar No. 698755